UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| Lena Mae Shields | : Case No.: 16-20898 |
| | : Chapter 13 |
| Debtor. | : Judge Tracey N. Wise |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 24) AS TO REAL PROPERTY LOCATED AT 12221 RIGGS ROAD, INDEPENDENCE, KY 41051**

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Movant"), by and through its mortgage servicing agent Seterus, Inc., fka IBM Lender Business Process Services, Inc., as Docket Number 24; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of Lena Mae Shields ("Debtor") provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the months of December 2016 and subsequent months, incurring a total post-petition arrearage of $6,612.15, which consists of 9 post-petition payments for December 2016

16-018166_BAS

   through August 2017 at $598.45 each, 2 post-petition payments for September 2017 through October 2017 at $613.05 each, and attorney fees and costs of $1,031.00. There is $559.88 in suspense, which reduces the total post-petition arrearage to $6,052.27.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay to Movant, and Movant hereby agrees to accept, the following lump sum payments:

   a.  $1,008.72 on or before November 15, 2017;

   b.  $1,008.71 on or before December 15, 2017;

   c.  $1,008.71 on or before January 15, 2018;

   d.  $1,008.71 on or before February 15, 2018;

   e.  $1,008.71 on or before March 15, 2018;

   f.  $1,008.71 on or before April 15, 2018.

   The lump sum payments due above are in addition to the regular monthly mortgage payment due and owing for said months.

4. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the November 1, 2017 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

5. This Agreed Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

6. The following are events of default under this Agreed Order: (a) Debtor fails to make any of the lump sum payments hereinabove described on or before their specified due dates; (b) Debtor fails to pay any future monthly mortgage payment so that the payment is not

received by Movant on or before the last day of the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

7. In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order. If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance, and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

8. Debtor's opportunity to cure the default shall be limited to three occurrences. Upon the occurrence of the fourth Default, the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Creditor, its successors and assigns shall be terminated without further notice by the filing of a Certificate of Non-Compliance.

**IT IS SO ORDERED.**

Submitted by:

/s/ Amy E. Gardner                                   /s/ John M. Schultz
Amy E. Gardner (93532)                          John M. Schultz
P.O. Box 165028                                        10 S. Main Street
Columbus, OH  43216-5028                    Walton, KY  41094
Telephone:  614-220-5611                        Telephone:  859-485-4104
Fax:  614-627-8181                                   Email:  bspsc@fuse.net
Email:  aeg@manleydeas.com                 Attorney for Debtor
Attorney for Creditor


/s/ Cheryl E. James for Beverly M. Burden
Beverly M. Burden
Chapter 13 Trustee
P.O. Box 2204
Lexington, KY  40588
Email:  Notices@Ch13EDKY.com

Pursuant to Local Rule 9022-1 (b), Amy E. Gardner shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 (a)

and shall file with the Court a certificate of service of the order upon such parties within seven (7) days hereof.

<u>Copies to:</u>

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Eastern District of Kentucky, Party of Interest, 100 East Vine Street, #500, Lexington, KY 40507 (notified by ecf)

Beverly M. Burden, Chapter 13 Trustee, P.O. Box 2204, Lexington, KY 40588 (notified by ecf)

John M. Schultz, Attorney for Debtor, 10 S. Main Street, Walton, KY 41094 (notified by ecf)

Lena Mae Shields, Debtor, 12221 Riggs Road, Independence, KY 41051 (notified by regular US Mail)

Discover, Party of Interest, PO Box 15316, ATT:CMS/Prod Develop, Wilmington, DE 19850 (notified by regular US Mail)

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
<u>*Tracey N. Wise*</u>
**Bankruptcy Judge**
**Dated: Thursday, October 12, 2017**
(tnw)